**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SCIABACUCCHI, individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

KALOBIOS PHARMACEUTICALS, INC., and MARTIN SHKRELI,

    Defendant.

No. C-15-5992 CRB

**ORDER**

Upon representation of defendant KaloBios Pharmaceutical, Inc. Suggestion of Bankruptcy and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

DATE: March 18, 2106

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE